IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>NOLAN BALY,<br><br>           Defendant. | 8:20CR300<br><br>ORDER |

      Defendant's Motion to Suppress (Filing No. 41) is scheduled for hearing before the undersigned magistrate judge at **1:00 p.m. on August 10, 2022**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

      Counsel are reminded of the requirements of NECrimR 12.6 which provides as follows:

> **Disclosure of Evidence.** This rule applies to all evidentiary hearings on pretrial motions in criminal cases.
>
>     (a)    **Witnesses.** At the time of the hearing, and to the extent reasonably possible, the parties shall submit to the judge and courtroom deputy a written list of all witnesses whom the parties expect to call.
>
>     (b)    **Exhibits.** At least twenty-four (24) hours before the hearing, each party shall mark the exhibits that party intends to introduce into evidence at the hearing, and provide a copy to counsel for all other parties and to the presiding judge. Exhibits should be marked as follows: government's exhibits beginning at Number 1 and defense exhibits beginning at Number 101.

      This being a criminal case, defendant must be present unless otherwise ordered by the court.

      Dated this 29th day of July, 2022.

                                                                                    BY THE COURT:

                                                                                  s/ Susan M. Bazis<br>
                                                                                   United States Magistrate Judge