IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:20CR300 |
| vs. | ) | |
| NOLAN BALY, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the Unopposed Motion to Continue Trial [76]. Counsel needs additional time to resolve the matter. The undersigned magistrate judge has conferred with counsel and based on what was indicated in Defendant's motion, and the additional information provided by counsel, the court finds good cause has been shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [76] is granted, as follows:

1. The jury trial now set for May 22, 2023 is continued to **July 31, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 31, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted.**

**DATED:** May 8, 2023.

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**