IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:20CR300 |
| vs. | ) | |
| NOLAN BALY, | ) | ORDER |
| Defendant. | ) | |

Due to matter of United States of America v. Robert Peck, Case No. 8:20CR227, proceeding to trial on October 2, 2023, the above-referenced matter will be continued for jury trial on Tuesday, **October 10, 2023**, beginning at **1:30 p.m.** in Courtroom 4, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska before Chief Judge Robert F. Rossiter Jr.

**DATED:** September 22, 2023.

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**